# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
## BALTIMORE (NORTHERN) DIVISON

METROPOLOLITAN LIFE
INSURANCE COMPANY
  Plaintiff

Case No. 1:16-cv-00302-GLR

V.

SUZANNE MAXWELL
DEVON MAXWELL
KATHY MAXWELL-CLEMENS
DANIELLE MAXWELL
DENNIS C MAXWELL JR
DAWN E CARTER
C&J FINANCIAL, LLC
  Defendants

## ANSWER OF DEVON MAXWELL TO COMPLAINT FOR INTERPEADER

1. The answering Defendant is without knowledge or information sufficient to form a belief as to the truth of these averments.

2. Admitted.

3. Admitted.

4. Admitted

5. Admitted.

6. Admitted.

7. Admitted.

## JURISDICTION AND VENUE

8. The answering Defendant is without knowledge or information sufficient to form a belief as to the truth of these averments.

9. The averments contained herein are denied as conclusions of law to which no responsive pleading is required.

## CAUSE OF ACTION IN INTERPLEADER

10. The answering Defendant is without knowledge or information sufficient to form a belief as to the truth of these averments.

11. The answering Defendant is without knowledge or information sufficient to form a belief as to the truth of these averments.

12. The answering Defendant is without knowledge or information sufficient to form a belief as to the truth of these averments.

13. The answering Defendant is without knowledge or information sufficient to form a belief as to the truth of these averments.

14. Admitted.

15. The answering Defendant is without knowledge or information sufficient to form a belief as to the truth of these averments.

16. Admitted

17. As you can see in Exhibit R, My father was in a Retreat program during this date.

18. The answering Defendant is without knowledge or information sufficient to form a belief as to the truth of these averments.

19. Admitted.

20. The answering Defendant is without knowledge or information sufficient to form a belief as to the truth of these averments.

21. Admitted.

22. Exhibit R, Exhibit S, Exhibit T, Show that Dennis C Maxwell Sr., was in fact capable of making decisions.

23. Admitted.

24. Admitted.

25. Admitted.

**26. To the extent that the interplead funds are distributed to the defendant August 10, 2015 beneficiaries Defendant Devon Maxwell asserts his right to a proportionate share of Plan Benefits.**

27. The answering Defendant is without knowledge or information sufficient to form a belief as to the truth of these averments.

28. Admitted

29. The averments contained herein are denied as conclusions of law to which no responsive pleading is required.

30. Admitted.

31. Admitted

32. The answering Defendant is without knowledge or information sufficient to form a belief as to the truth of these averments.

33. The answering Defendant is without knowledge or information sufficient to form a belief as to the truth of these averments.

34. The answering Defendant is without knowledge or information sufficient to form a belief as to the truth of these averments.

Respectfully submitted,

Devon Maxwell pro se
Defendant

Dated: March 7, 2016